N. BYERLY
80598 IMSI
13400 Pleasant Valley Rd,
Kuna, Idaho 83634
Plaintiff pro se

U.S. COURTS

MAY 14 2018

Rcvd_____ Filed_____ Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

IN UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

NATHAN BYERLY, N. BYERLY,
     Plaintiffs,
Vs.

KOSS CORPORATION, IDAHO
BOARD OF CORRECTION, Defendants.

Case No. 1:18-CV-213-DCN

CIVIL COMPLAINT

- COMES NOW, N. BYERLY, Plaintiff, in the above entitled civil complaint and commences this action against Defendants Koss corporation and jointly and severally IDAHO Board of correction;

In accordance with Federal Rules of Civil Procedure Rules 1, 2, 3, this Civil Action is commenced by filing a complaint with the United States District Courts;

Pursuant to Federal Rules of Civil Procedure Rule 4 (h)(1) the appropriate jurisdiction for Summons subsequent to commencement is "in a judicial district of the United States";

Plaintiff attempted to serve in accordance with Rule (4)(h)(1)(A) (under 4 (e)(1)) by filing in STATE OF IDAHO Third District Court, of Canyon County, as a pro se Plaintiff imprisoned in Kuna; but the State Court returned the filing as improper judicial district;

While Plaintiff is located in District of Idaho, plaintiffs did attempt filing service following state law in courts of general jurisdiction in the state where the district court is located;
          [ATTACHMENT A]

CIVIL COMPLAINT - 1

Pursuant to return of the filing for service the Plaintiff hereby moves to filing and service directly with the United States District Court for the District of Idaho, and upon ~~Idaho~~ Attorney General for Idaho Board of Correction;

## COMPLAINT

1) Plaintiff purchased a Koss Corporation product under warranty protection and realized as the initial user upon first use of the product that a defective product had been sold to Plaintiff, the product was immediately returned to defendant Koss for replacement of product under warranty for a product not known to contain defects;

   a) Plaintiff was caused tangible monetary injury and damage in the cost of postage and shipping and handling process to complete the return;
   [ATTACHMENT B]

   b) Defendant Koss failed to reimburse Plaintiff for the identified amount of postage and shipping and processing and handling costs and fees as identified to Koss by Plaintiff as a total of thirty-three dollars and zero cents ($33.00 USD);

   c) Defendant Koss failed to replace the product known to contain defects;
   [ATTACHMENT B]

   d) STATE OF IDAHO - Board of Correction is responsible as a surety guarantee, who acted as a third-party to transfer and transact in a knowingly defective product to Plaintiffs;

CIVIL COMPLAINT - 2

## COMPLAINT

2) Plaintiff provided defendant KOSS with an express written request for Warranty Services on a product known to contain defects within the jurisdiction of the United States Ninth Federal District, and gave defendant KOSS twenty-one (21) business days to REPLY to Plaintiff;

   a) Defendant KOSS failed to REPLY to Plaintiff express written request for Warranty Service within twenty-one (21) business days of Service of Request;

   b) Defendant KOSS failed to perform Warranty Service;
                                           [ATTACHMENT B]

3) Defendant KOSS later replied to Plaintiffs with a Customer Service Form Letter dated 05 July 2017 requesting only that a telephonic Customer Service contact be made;

   a) Plaintiffs express request was Serviced in May 2017 Upon Defendant KOSS and over forty-five days after service KOSS had not performed requested Warranty replacement of a product known to contain defects;
                                           [ATTACHMENT B]

4) Plaintiffs responded to the letter of defendant KOSS as dated 05 July 2017 within twenty-one (21) days of its service on Plaintiffs; a second express written request and demand NOTICE for Warranty Service and Replacement or Refund of costs/fees, was serviced upon KOSS subsequent to their acknowledged receipt of the Plaintiffs request upon 08 August 2017;

   a) Defendant KOSS failed to Reply or perform within twenty-one business days upon the Plaintiffs NOTICE and demand;
                                           [ATTACHMENT B]

CIVIL COMPLAINT — 3

## COMPLAINT

5) Defendant KOSS corporation claims to have shipped a return of the product known to contain defects and the Warranty Service fee check submitted by Plaintiff for nine dollars and zero cents ($9.00 USD) about 29 September 2017, the same being served and delivered to Plaintiff only about 11 December 2017; [ATTACHMENT B]

a) Defendant KOSS failed to REPLY within twenty-one (21) business days to the express written request and "Warranty Claim Notice" of Plaintiffs (of 08 August 2017), following the acknowledged receipt by KOSS of the items and fees required by KOSS to REPLY and perform upon Plaintiffs written Notice;

b) Defendants KOSS failure to REPLY included failure to perform upon Warranty Service to Replace or Refund product and costs under Warranty Guarantee to Plaintiffs, and resulted in real and tangible harm and injury to Plaintiff;

   i) monetary damage of amounting to thirty-three dollars USD;
   ii) loss of use of product from April 10, 2017 through December 11, 2017;
   iii) required medical cost and treatment;
   iv) legal costs and fees to prepare records and documents and service filings;

[ATTACHMENT B]

c) STATE of IDAHO - BOARD of Correction via Idaho Department of correction over third-party contractor KEEFE was expressly requested to replace the product known to contain defects and failed to do so;

CIVIL COMPLAINT - 4

COMPLAINT

6) Plaintiff contracted a popping and buzzing in the ear, and developed a boil on the ear subsequent to the purchase and initial use of the product, headaches that required medical treatment and resulted in discomfort, and monetary damage to Plaintiff as a direct result of the sale by defendant Koss to Plaintiff of a product known to contain defects; [ATTACHMENT A]

  a) Defendant Koss was legally obligated under the Federal Rule and Law and holdings of the US District of the Ninth Federal District to replace the product known to contain defects under Warranty Guarantee and Tort Law; Koss failed to replace the faulty product;

  b) Defendant Koss was provided the alternative resolution option to refund Plaintiffs the costs/fees associated with the claim of "thirty-three dollars and 00/100 cents ($33 USD)"; Koss failed to refund the Plaintiff in leu of providing a replacement product that did not knowingly contain defects;

  c) Defendant Koss was provided due NOTICE OF CLAIM that pursuant to Plaintiffs second written express request for Warranty Services — subsequent to failure to perform by KOSS — failure to perform within twenty-one (21) business days of Service of Warranty Claim Notice — would constitute breach of contract and result in Lien, Claim and or Suit "quantified at the base amount of filing one (1) UCC Commercial Lien Claim against Koss Corporation; [ATTACHMENT B]

CIVIL COMPLAINT — 5

COMPLAINT

7) Defendant KOSS Corporation is liable to Plaintiffs subsequent to failure to perform upon Warranty Claim Notice for the amount of one (1) UCC Commercial Claim, the monetary amount of Five hundred thousand dollars ($500,000.00 USD); [ATTACHMENT B]

8) Defendant STATE OF IDAHO - Board of Correction is liable as a surety guarantee of performance on claim against KOSS;

DATED this 27TH day of April, 2018, N. BYERLY  X80595
                                     PRINT      Signature

STATE OF IDAHO  } ss  N. BYERLY  X80598,  @ Indian Creek
County of Canyon}      PRINT     Signature

DISTRICT OF IDAHO
Southern Division

Nathan Byerly APPEARED before me on this 30th day of April, 2018, for VERIFICATION

_____
Notary Public for Idaho

Apr. 9th 2020
Commission Expires

[Notary Seal: ADRIANA SPITZER NOTARY PUBLIC STATE OF IDAHO]

CERTIFICATE OF MAILING

I HEREBY certify that on this 30TH day of April, 2018, I mailed a true correct CIVIL COMPLAINT via Prison Mailbox for processing to US Mail System to:

1) US DISTRICT COURT
   For District of Idaho
   Clerk of the Court
   550 W. Fort St.
   Boise, Idaho 83724

2) Koss Corporation
   4129 N. Port Washington Ave.
   Milwaukee, Wisconsin 53212

N. BYERLY   X80598
PRINT       Signature

CIVIL COMPLAINT - 6

## CERTIFICATE OF MAILING

I HEREBY certify that on this 01 May 2018, i mailed a true correct CIVIL COMPLAINT with ATTACHMENTS A and B, Summons Waiver with Notice and Request to Waive Service of Summons and Duty Attachment to the following:

1) STATE OF IDAHO
Attorney General
Deputy Attorney General
Consumer Protection Division
P.O. Box 83720
Boise, Idaho 83720

2) Koss Corporation
4129 N. Port Washington Ave.
Milwaukee, Wisconsin
53212

STATE OF IDAHO }ss
County of Canyon }

DISTRICT OF IDAHO

N. BYERLY      X80598
PRINT          Signature
         @ Indian Creek

CIVIL COMPLAINT - 7